IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EDER GAEL HERNANDEZ HERNANDEZ, | * |
| Petitioner, | * |
| v. | Case No. 4:26-cv-72-CDL-CHW |
| | * |
| Warden, STEWART DETENTION CENTER, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 26th day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk